# EXHIBIT C



US008936379B1

(12) **United States Patent**

Chen

(10) Patent No.: **US 8,936,379 B1**

(45) Date of Patent: **Jan. 20, 2015**

(54) **MODULAR LIGHTED TREE**

(75) Inventor: **Johnny Chen**, Sindian (TW)

(73) Assignee: **Willis Electric Co., Ltd.**, Taipei (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/240,668**

(22) Filed: **Sep. 22, 2011**

**Related U.S. Application Data**

(60) Provisional application No. 61/385,751, filed on Sep. 23, 2010.

(51) **Int. Cl.**
| | |
|---|---|
| *F21S 4/00* | (2006.01) |
| *F21V 21/00* | (2006.01) |
| *F21S 6/00* | (2006.01) |
| *A41G 1/00* | (2006.01) |
| *F21V 7/04* | (2006.01) |
| *A47G 33/00* | (2006.01) |
| *A01N 3/00* | (2006.01) |

(52) **U.S. Cl.**
USPC ...... **362/249.19**; 362/123; 362/567; 362/568; 428/18

(58) **Field of Classification Search**
CPC ......... A47G 33/06; A41G 1/007; F21S 4/001; F21S 4/003; F21W 2121/04; F21W 2121/00; H01R 25/006; Y10S 362/806
USPC ............ 362/567, 568, 654, 249.19, 405, 123; 428/18
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,656,148 A | 1/1928 | Harris | |
| 1,677,972 A | 7/1928 | Marks | |
| 1,895,656 A | 1/1933 | Gadke | |
| 2,050,364 A | 8/1936 | Morton | |
| 2,072,337 A | 3/1937 | Kamm | |
| 2,188,529 A | 3/1938 | Corina | |
| 2,484,813 A | 10/1949 | Waltz | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1181693 | 5/1998 |
| CN | 2332290 | 8/1999 |

(Continued)

OTHER PUBLICATIONS

Application and File History for U.S. Appl. No. 13/461,432, filed May 1, 2012, inventor Chen.

(Continued)

*Primary Examiner* — Peggy Neils

*Assistant Examiner* — William N Harris

(74) *Attorney, Agent, or Firm* — Christensen Fonder P.A.

(57) **ABSTRACT**

A lighted artificial tree includes a first tree portion including a first trunk portion, first branches joined to the first trunk portion, and a first light string. The first trunk portion has a trunk connector and a first trunk wiring assembly, the first trunk wiring assembly is electrically connectable to the first light string and the trunk connector, and at least a portion of the first wiring assembly is located inside the first portion. The second tree portion includes a second trunk portion, second branches, and a second light string. The second trunk portion has a trunk connector and a second trunk wiring assembly, the second trunk wiring assembly electrically connectable to the second lighting string and the trunk connector. The second tree portion may be mechanically coupled and electrically connected to the first tree portion by coaxially coupling the first trunk portion to the second trunk portion.

**32 Claims, 17 Drawing Sheets**



**US 8,936,379 B1**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,806,938 | A | 9/1957 | Henry |
| 2,969,456 | A | 1/1961 | Raymaley |
| 3,115,435 | A | 12/1963 | Abramson |
| 3,118,617 | A | 1/1964 | Hellrich |
| 3,120,351 | A | 2/1964 | Kirsten |
| 3,214,318 | A | 10/1965 | Snow |
| 3,214,579 | A * | 10/1965 | Pacini .......................... 362/227 |
| 3,296,430 | A | 1/1967 | Eckert |
| 3,504,169 | A | 3/1970 | Freeburger |
| 3,571,586 | A | 3/1971 | Duckworth |
| 3,616,107 | A | 10/1971 | Kershner |
| 3,617,732 | A | 11/1971 | Fisher |
| 3,704,366 | A | 11/1972 | Korb et al. |
| 3,783,437 | A | 1/1974 | Graff et al. |
| 3,806,399 | A | 4/1974 | Cocjin |
| 3,970,834 | A * | 7/1976 | Smith .......................... 362/123 |
| 3,985,924 | A | 10/1976 | Pritza |
| 4,020,201 | A | 4/1977 | Miller |
| 4,072,857 | A | 2/1978 | DeVicaris |
| 4,097,917 | A | 6/1978 | McCaslin |
| 4,140,823 | A | 2/1979 | Weskamp |
| 4,462,065 | A | 7/1984 | Rhodes |
| 4,493,523 | A | 1/1985 | Leong et al. |
| 4,516,193 | A | 5/1985 | Murphy |
| 4,631,650 | A | 12/1986 | Ahroni |
| 4,753,600 | A | 6/1988 | Williams |
| 4,775,922 | A | 10/1988 | Engel |
| 4,777,573 | A | 10/1988 | Liao |
| 4,779,177 | A | 10/1988 | Ahroni |
| 4,805,075 | A | 2/1989 | Damore |
| 4,807,098 | A | 2/1989 | Ahroni |
| 4,855,880 | A | 8/1989 | Mancusi, Jr. |
| 4,859,205 | A | 8/1989 | Fritz |
| 4,899,266 | A | 2/1990 | Ahroni |
| 5,033,976 | A | 7/1991 | Sarian et al. |
| 5,104,608 | A | 4/1992 | Pickering |
| 5,109,324 | A | 4/1992 | Ahroni |
| 5,121,310 | A | 6/1992 | Ahroni |
| 5,149,282 | A | 9/1992 | Donato |
| 5,218,233 | A | 6/1993 | Takahashi |
| 5,281,158 | A | 1/1994 | Lin |
| 5,342,661 | A | 8/1994 | Wilcox, II |
| 5,442,258 | A | 8/1995 | Shibata |
| 5,453,664 | A | 9/1995 | Harris |
| 5,455,750 | A | 10/1995 | Davis et al. |
| 5,456,620 | A | 10/1995 | Kaminski |
| 5,481,444 | A | 1/1996 | Schultz |
| 5,517,390 | A | 5/1996 | Zins |
| 5,550,720 | A | 8/1996 | Carroll |
| 5,560,975 | A | 10/1996 | Casper |
| 5,580,159 | A | 12/1996 | Liu |
| 5,586,905 | A | 12/1996 | Marshall et al. |
| 5,639,157 | A | 6/1997 | Yeh |
| 5,652,032 | A | 7/1997 | Kac |
| 5,695,279 | A | 12/1997 | Sonnleitner |
| 5,702,262 | A | 12/1997 | Brown et al. |
| 5,707,136 | A | 1/1998 | Byers |
| 5,709,457 | A | 1/1998 | Hara |
| 5,720,544 | A | 2/1998 | Shu |
| 5,722,766 | A | 3/1998 | Shu |
| 5,776,559 | A | 7/1998 | Woolford |
| 5,788,361 | A | 8/1998 | Lee |
| 5,791,765 | A | 8/1998 | Lin |
| 5,791,940 | A | 8/1998 | Chen et al. |
| 5,807,134 | A | 9/1998 | Hara |
| 5,816,849 | A | 10/1998 | Schmidt |
| 5,816,862 | A | 10/1998 | Tseng |
| 5,820,248 | A | 10/1998 | Ferguson |
| 5,828,183 | A | 10/1998 | Wang |
| 5,829,865 | A | 11/1998 | Ahroni |
| 5,834,901 | A | 11/1998 | Shen |
| 5,839,819 | A | 11/1998 | Pan |
| 5,848,838 | A | 12/1998 | Presta |
| 5,852,348 | A | 12/1998 | Lin |
| 5,854,541 | A | 12/1998 | Chou |

| | | | |
|---|---|---|---|
| 5,855,705 | A | 1/1999 | Gauthier |
| 5,860,731 | A | 1/1999 | Martinez |
| 5,860,830 | A | 1/1999 | Wu |
| 5,893,634 | A | 4/1999 | Wang |
| 5,908,238 | A | 6/1999 | Huang |
| 5,921,806 | A | 7/1999 | Shuey |
| 5,938,168 | A | 8/1999 | Adams |
| 6,004,006 | A | 12/1999 | Wang |
| 6,030,670 | A | 2/2000 | Chang |
| 6,053,774 | A | 4/2000 | Lin |
| 6,056,427 | A | 5/2000 | Kao |
| 6,079,848 | A | 6/2000 | Ahroni |
| 6,084,357 | A | 7/2000 | Janning |
| 6,111,201 | A | 8/2000 | Drane et al. |
| 6,113,430 | A | 9/2000 | Wu |
| 6,116,563 | A | 9/2000 | Tsai |
| 6,123,433 | A | 9/2000 | Chen |
| 6,147,367 | A | 11/2000 | Yang et al. |
| 6,155,697 | A | 12/2000 | Ahroni |
| 6,162,515 | A | 12/2000 | Hill |
| 6,203,169 | B1 | 3/2001 | Coushaine et al. |
| 6,257,740 | B1 | 7/2001 | Gibboney, Jr. |
| 6,257,793 | B1 | 7/2001 | Lin |
| 6,273,574 | B1 | 8/2001 | Wang et al. |
| 6,283,797 | B1 | 9/2001 | Wu |
| 6,347,965 | B1 | 2/2002 | Pan |
| 6,354,719 | B1 | 3/2002 | Pan |
| 6,361,368 | B1 | 3/2002 | Tseng |
| 6,457,839 | B1 | 10/2002 | Grandoit |
| 6,458,435 | B1 | 10/2002 | Lai |
| 6,514,581 | B1 | 2/2003 | Gregory |
| 6,533,437 | B1 | 3/2003 | Ahroni |
| 6,541,800 | B2 | 4/2003 | Barnett et al. |
| 6,544,070 | B1 | 4/2003 | Radliff |
| 6,580,182 | B2 | 6/2003 | Janning |
| 6,588,914 | B1 | 7/2003 | Tang |
| 6,595,657 | B2 | 7/2003 | Shieh |
| 6,609,814 | B2 | 8/2003 | Ahroni |
| 6,634,766 | B1 | 10/2003 | Gordon |
| 6,644,836 | B1 | 11/2003 | Adams |
| D486,385 | S | 2/2004 | Smith-Kielland et al. |
| 6,752,512 | B2 | 6/2004 | Pan |
| 6,794,825 | B1 | 9/2004 | Kao |
| 6,805,463 | B2 | 10/2004 | Shieh |
| 6,840,655 | B2 | 1/2005 | Shen |
| 6,883,951 | B2 | 4/2005 | Wu |
| 6,908,215 | B2 | 6/2005 | Wu |
| 6,929,383 | B1 | 8/2005 | Janning |
| 6,942,355 | B1 | 9/2005 | Castiglia |
| 6,951,405 | B2 | 10/2005 | Yao |
| 7,029,145 | B2 | 4/2006 | Frederick |
| 7,045,965 | B2 | 5/2006 | Li et al. |
| 7,052,156 | B2 | 5/2006 | Primeau |
| 7,055,980 | B2 | 6/2006 | Wu |
| 7,055,981 | B2 | 6/2006 | Yao |
| 7,132,139 | B2 * | 11/2006 | Yang ........................ 428/17 |
| 7,235,815 | B2 | 6/2007 | Wang |
| 7,253,556 | B1 | 8/2007 | Gibboney |
| 7,264,392 | B2 | 9/2007 | Massabki et al. |
| 7,445,824 | B2 | 11/2008 | Leung et al. |
| 7,581,870 | B2 | 9/2009 | Massabki et al. |
| 7,585,552 | B2 | 9/2009 | Meseke |
| 7,695,298 | B2 | 4/2010 | Arndt et al. |
| 7,893,627 | B2 | 2/2011 | Li |
| 8,007,129 | B2 | 8/2011 | Yang |
| 8,053,042 | B1 | 11/2011 | Loomis |
| 8,062,718 | B2 | 11/2011 | Schooley |
| 8,100,546 | B2 | 1/2012 | Lutz et al. |
| 8,298,633 | B1 | 10/2012 | Chen |
| D678,211 | S | 3/2013 | Chen |
| D686,523 | S | 7/2013 | Chen |
| 8,569,960 | B2 | 10/2013 | Chen |
| D696,153 | S | 12/2013 | Chen |
| 2002/0097573 | A1 | 7/2002 | Shen |
| 2002/0118540 | A1 | 8/2002 | Ingrassia |
| 2002/0149936 | A1 | 10/2002 | Mueller et al. |
| 2003/0142494 | A1 | 7/2003 | Ahroni |
| 2003/0198048 | A1 | 10/2003 | Frederick |
| 2003/0206412 | A1 | 11/2003 | Gordon |

US 8,936,379 B1

Page 3

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0004435 | A1 | 1/2004 | Hsu |
| 2004/0012950 | A1 | 1/2004 | Pan |
| 2004/0090770 | A1 | 5/2004 | Primeau |
| 2004/0096596 | A1 | 5/2004 | Palmer, III et al. |
| 2004/0105270 | A1 | 6/2004 | Shieh |
| 2005/0048226 | A1 | 3/2005 | Gary et al. |
| 2005/0077525 | A1 | 4/2005 | Lynch et al. |
| 2005/0122723 | A1 | 6/2005 | Frederick |
| 2005/0249892 | A1* | 11/2005 | Rocheleau ...................... 428/18 |
| 2005/0286267 | A1 | 12/2005 | Wang |
| 2007/0092664 | A1 | 4/2007 | Chun |
| 2007/0177402 | A1 | 8/2007 | Wu |
| 2007/0230174 | A1* | 10/2007 | Hicks et al. .................. 362/252 |
| 2007/0253191 | A1 | 11/2007 | Chin et al. |
| 2008/0007951 | A1 | 1/2008 | Chan |
| 2008/0025024 | A1 | 1/2008 | Yu |
| 2008/0186731 | A1 | 8/2008 | Graham |
| 2008/0186740 | A1 | 8/2008 | Huang et al. |
| 2008/0205020 | A1 | 8/2008 | Vich |
| 2008/0303446 | A1 | 12/2008 | Ding |
| 2009/0002991 | A1 | 1/2009 | Huang |
| 2009/0059578 | A1 | 3/2009 | Lau |
| 2009/0289560 | A1 | 11/2009 | Oliva |
| 2010/0000065 | A1* | 1/2010 | Cheng et al. ................... 29/428 |
| 2010/0053991 | A1 | 3/2010 | Boggs |
| 2010/0072747 | A1 | 3/2010 | Krize |
| 2010/0195332 | A1 | 8/2010 | Wasem |
| 2010/0196628 | A1 | 8/2010 | Shooley |
| 2011/0062875 | A1 | 3/2011 | Altamura |
| 2011/0076425 | A1 | 3/2011 | Cheng et al. |
| 2011/0215368 | A1 | 9/2011 | Chen |
| 2011/0286223 | A1 | 11/2011 | Chen |
| 2011/0303939 | A1 | 12/2011 | Chen |
| 2011/0305022 | A1 | 12/2011 | Chen |
| 2012/0009360 | A1 | 1/2012 | Fu et al. |
| 2012/0075863 | A1 | 3/2012 | Chen |
| 2012/0076957 | A1 | 3/2012 | Chen |
| 2012/0236546 | A1 | 9/2012 | Chen |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2332290 Y | 8/1999 |
| CN | 1509670 | 7/2004 |
| CN | 2751226 Y | 1/2006 |
| CN | 201187701 Y | 1/2009 |
| DE | 543632 | 12/1984 |
| DE | 8436328 | 4/1985 |
| DE | 10235081 A1 | 2/2004 |
| GB | 1150390 | 4/1969 |
| GB | 1245214 | 9/1971 |
| GB | 2 137 086 A | 10/1984 |
| GB | 2172135 | 9/1986 |
| GB | 2396686 | 6/2004 |
| WO | WO 91/10093 | 7/1991 |
| WO | WO 96/24966 | 8/1996 |
| WO | WO 96/26661 | 9/1996 |
| WO | WO9626661 A1 | 9/1996 |

OTHER PUBLICATIONS

Application and File History for U.S. Appl. No. 13/718,028, filed Dec. 18, 2012 inventor Chen.
Application and File History for U.S. Appl. No. 13/962,084, filed Aug. 8, 2013, inventor Johnny Chen.
Application and File History for U.S. Appl. No. 12/157,136, filed Jun. 5, 2008, inventor Johnny Chen.
Application and File History for U.S. Appl. No. 90/012,209, filed Mar. 24, 2012, inventor Johnny Chen.
Application and File History for U.S. Appl. No. 13/710,003, filed Dec. 10, 2012, inventor Chen.
U.S. Appl. No. 90/020,073, filed Jul. 7, 2014, Patent No. 8,454,186.
U.S. Appl. No. 90/020,074, filed Jul. 14, 2014, Patent No. 8,454,187.
Petition for Inter Partes Review of USPN 8,454,186, Case No. IPR2014-01263, filed Aug. 8, 2014.
Petition for Inter Partes Review of USPN 8,454,187, Case No. IPR2014-01264, filed Aug. 8, 2014.

* cited by examiner

*Fig. 1*





*Fig. 2*

*Fig. 3*



*Fig. 4*





*Fig. 5*

*Fig. 6*

*Fig. 7*



*Fig. 8*

*Fig. 9*

*Fig. 10*



*Fig. 12*

*Fig. 11*



*Fig. 13*



*Fig. 14a*

*Fig. 14b*



*Fig. 15a*

*Fig. 15b*



*Fig. 16a*

*Fig. 16b*

Fig. 17

*Fig. 18*



# Fig. 19

*Fig. 20*





*fig.21*



*fig.24*

*fig.23*

*fig.22*



FIG. 25          FIG. 26

US 8,936,379 B1

**1**

## MODULAR LIGHTED TREE

### RELATED APPLICATION

The present application claims the benefit of U.S. Provisional Application No. 61/385,751 filed Sep. 23, 2010, which is incorporated herein in its entirety by reference.

### FIELD OF THE INVENTION

The present invention is generally directed to artificial trees with decorative lighting. More specifically, the present invention is directed to lighted artificial trees having separable, modular tree portions mechanically and electrically connectable between trunk portions.

### BACKGROUND OF THE INVENTION

For the sake of convenience and safety, consumers often substitute artificial trees constructed of metal and plastic for natural evergreen trees when decorating homes, offices, and other spaces, especially during the holidays. Such artificial trees generally include multiple tree sections joined at the trunk and held erect by a floor-based tree stand. Traditionally, consumers wrap strings of lights about the artificial tree to enhance the decorative quality of the tree display. As more and more decorative light strings are draped around the tree, it becomes more and more difficult to provide power to the various light strings distributed throughout the tree.

To ease this burden to the consumer, manufacturers have created "pre-lit" artificial trees. Typical pre-lit trees include an artificial tree with multiple standard light strings distributed about the exterior of the tree. Wires of the light string are clipped to branch structures, while plug ends dangle throughout the branches. Generally, multi-purpose decorative light strings are used in pre-lit trees, often limited to 50 or 100 bulb assemblies, with a bladed power plug for insertion into the back outlet of another light string, or insertion into an alternating current (AC) power source.

As the popularity of such pre-lit trees has grown, so to have the bulk and complexity of pre-lit trees. Along with an increase in the number and density of branches of a typical pre-lit tree comes an increase in the number of lights and light strings on the pre-lit tree. This increased number of branches and lights can significantly increase the weight of the pre-lit tree making it difficult to lift and align individual trunk sections when assembling the tree. Further, the increased number of lights per tree, often as high as 1,000 or 1,500 lights, drastically increases the complexity of interconnecting and powering the numerous light strings.

It can be difficult to find and then properly connect the necessary plugs in order to power all of the light strings on the tree. Light strings may be connected to one another within a given tree section, or sometimes between sections, by connecting the strings end to end. Consumers need to be careful to follow the manufacturer's guidelines and not plug too many light strings together end-to-end and surpass the current-carrying capacity of the light string wiring. Due to such limitations, power plugs of the light strings may include receptacles for receiving other power plugs such that the power plugs may be "stacked" together, plugging one into the other. Short extension cords may be strung along the outside of the trunk to carry power to the various interconnected light strings. The result is a complex web of lighting that often requires a consumer to not only interconnect the plugs and receptacles of individual light strings together, but to stack and plug multiple light strings and cords into multiple power

**2**

outlets. Some known inventions have attempted to make pre-lit trees more convenient to put together and power. For example, U.S. Pat. No. 1,656,148 to Harris filed Apr. 5, 1926 and entitled "Artificial Christmas Tree" teaches a simple artificial tree with one embodiment having multiple tree sections that join together. The tree includes single bulbs at each end of a branch, with bulb wiring extending from inside a trunk through hollow branches. A bayonet fitting is used to adjoin the sections, a top section having a projecting pin, and a bottom section having an L-shaped bayonet slot. The two sections are coupled by aligning the projection pin with the bayonet slot and rotating to interlock the sections, thereby bringing a pair of spring contacts into alignment with a pair of terminals to make an electrical connection.

Another known artificial tree as described in U.S. Pat. No. 3,970,834 to Smith, filed Dec. 16, 1974 and entitled "Artificial Tree", describes a pre-lit tree made in sections which may be folded for easy storage. The individual tree sections include a threaded male end and a threaded female socket end. The male end of a tree section is screwed into the female end of another section. Wiring for the lights passes from the trunk through holes in branches and connects with individual lights at an interior of the branch. When the tree is screwed together, an electrical connection is made.

However, such known trees still require significant manipulation and handling of the tree sections to securely align and couple the sections together. Further, such known trees fail to disclose mechanical coupling and electrical connection devices and methods that meet the needs of generally larger, heavier artificial trees with complex lighting systems with large numbers of lights.

### SUMMARY OF THE DISCLOSURE

The present invention is directed to a modular lighted artificial tree that includes a first tree portion that may be mechanically coupled and electrically connected to a second tree portion. The first tree portion includes a first trunk portion, multiple branches joined to the first trunk portion, and a first light string affixed to some of the branches. The first trunk portion has a first trunk body and a trunk connector, and at least a portion of the trunk connector is housed within the first trunk body and electrically connected to the first light string. The second tree portion includes a second trunk portion, multiple branches joined to the second trunk portion, and a second light string affixed to some of the branches. The second trunk portion has a trunk body and a trunk connector, at least a portion of the trunk connector housed within the second trunk portion and electrically connected to the second light string. The second tree portion is mechanically and electrically connectable to the first tree portion by coupling a lower end of the second trunk body to an upper end of the first trunk body along a common vertical axis, thereby causing the trunk connector of the first trunk portion to make an electrical connection with the trunk connector of the second trunk portion. The electrical connection is made independent of any rotational orientation of the first trunk portion relative the second trunk portion about the common vertical axis.

In another embodiment, the present invention comprises at least one connector assembly for mechanically and electrically joining a trunk section to a base section. Alternatively, the connector assembly can join two trunk sections together. Each connector assembly can comprise a supporting connector, a plug and a socket. The supporting connector provides a gapless connection of the two trunk sections together as well as mechanical support to maintain the alignment of the trunk

US 8,936,379 B1

3

section and the base once connected. The supporting connector can also position the plug so as to align with plug with the socket.

The supporting connector comprises an elongated body having a first end insertable into the base section and into a trunk section to join the base and a trunk section. The supporting connector further comprises a positioning portion for defining the relative positions of the base and the trunk section and can also position the plug relative to the socket. The positioning portion defines a shoulder on the elongated body for engaging a corresponding shoulder within the base section that is positioned such that a portion of the trunk section is received within the base section when connected by the elongated body. By receiving a portion of the trunk section within the base section presents an aesthetically appealing appearance of a continuous trunk without gaps between the base section. The positioning portion can further define a key protrusion adapted to align with a groove in the wall of the base section to prevent the supporting connector from rotating when aligning the trunk and base sections.

The supporting connector can further define a lumen for receiving and positioning the plug. The corresponding socket is positioned within the base section such that the plug is engaged to the socket when supporting connector links the trunk section and base section together. The supporting connector can further define a groove in the wall of the lumen adapted to receive a corresponding key protrusion on the exterior of the plug preventing rotation of the plug independently from the supporting connector. The supporting connector can comprise a plastic material to provide a friction fitting between the supporting connector and the plug such that separating the trunk section from the base section causes the plug to be separated from the socket. According to an embodiment, both the male and sockets each comprise a guard having at least one hole for receiving the electrical prong of the plug.

According to an embodiment of the present invention, the present invention can further comprise a top connector assembly for linking the top trunk section with the remained of the tree. Unlike other trunk sections, the trunk of the top trunk section can have a thinner diameter than the other trunk section to provide an aesthetically desirable appearance. Similar to the supporting connector assembly, the top connector assembly comprises a top connector, a plug and a socket. The top connector assembly comprises an elongated body having a first end insertable into an end of a trunk portion positionable beneath the tree top and a receiving port for receiving the end of the tree top. The top connector assembly can also define a positioning portion comprising a rim for engaging the end of the trunk section below the top trunk section to limit the extent to which the top connector assembly can be inserted into the trunk assembly. According to an embodiment of the present invention, the top connector can be visible while connecting the top trunk portions.

In another embodiment, the present invention comprises a lighted artificial tree that includes a first tree portion including a first trunk portion, a first plurality of branches joined to the first trunk portion, and a first light string affixed to a portion of the first plurality of branches. The first trunk portion has a first trunk wall defining a first trunk interior, a trunk connector and a first trunk wiring assembly, the first light string and the trunk connector, and at least a portion of the first wiring assembly is located within the first trunk interior. The tree also includes a second tree portion including a second trunk portion, a second plurality of branches joined to the second trunk portion, and a second light string affixed to a portion of the second plurality

4

of branches. The second trunk portion has a second trunk wall defining a second trunk interior, a trunk connector and a second trunk wiring assembly, and the second trunk wiring assembly is electrically connectable to the second lighting string and the trunk connector. At least a portion of the second wiring assembly is located within the second trunk interior. Further, the second tree portion is mechanically coupleable to the first tree portion by coaxially coupling the first trunk wall to the second trunk wall to form a circumferential interference fit between the first trunk wall and the second trunk wall, and the second tree portion is electrically connectable to the first tree portion such that a portion of the trunk connector of the first trunk portion contacts a portion of the trunk connector of the second trunk portion upon the coaxial coupling of the first trunk wall and the second trunk wall, thereby creating an electrical connection between the first wiring assembly and the second wiring assembly.

In another embodiment, the present invention comprises a lighted artificial tree that includes a first tree portion including a first trunk portion, a first plurality of branches joined to the first trunk portion, and a first light string affixed to a portion of the first plurality of branches, the first trunk portion having a first trunk body and a trunk connector, and at least a portion of the trunk connector is housed within the first trunk body and electrically connected to the first light string. The tree also includes a second tree portion including a second trunk portion, a second plurality of branches joined to the second trunk portion, and a second light string affixed to a portion of the first plurality of branches, the second trunk portion having a trunk body and a trunk connector, and at least a portion of the trunk connector is housed within the second trunk portion and electrically connected to the second light string. The second tree portion is mechanically and electrically connectable to the first tree portion by coupling a lower end of the second trunk body to an upper end of the first trunk body along a common vertical axis, thereby causing the trunk connector of the first trunk portion to make an electrical connection with the trunk connector of the second trunk portion, the electrical connection being made independent of any rotational orientation of the first trunk portion relative the second trunk portion about the common vertical axis.

In another embodiment, the present invention comprises a lighted artificial tree that includes a first tree portion including a first trunk portion, a first plurality of branches joined to the first trunk portion, and a first light string, the first trunk portion having a first trunk wall defining a first trunk interior, a first trunk connector and a first trunk wiring assembly, the first trunk wiring assembly electrically connectable to the first light string and the first trunk connector, and at least a portion of the first wiring assembly and a portion of the first trunk connector are located within the first trunk interior. The lighted artificial tree also includes a second tree portion connectable to the first tree portion and including a second trunk portion, a second plurality of branches joined to the second trunk portion, and a second light string, the second trunk portion has a second trunk wall defining a second trunk interior, a second trunk connector and a second trunk wiring assembly. The second trunk wiring assembly is electrically connectable to the second lighting string and the second trunk connector, at least a portion of the second wiring assembly and a portion of the second trunk connector located within the second trunk interior. The second tree portion is mechanically and electrically connectable to the first tree portion by aligning the second trunk portion with the first portion along a common axis such that a portion of the first trunk wall is coupled to a portion of the second trunk wall for form a first mechanical connection, and a first portion of the first connec-

US 8,936,379 B1

5

tor is received by the second connector, thereby forming a second mechanical connection between the first trunk portion and the second trunk portion and forming an electrical connection between the first wiring assembly.

In another embodiment, the present invention includes a lighted artificial tree that includes a first trunk portion having a first end, a second end, and a first trunk connector; a second trunk portion having a first end, a second end, and a second trunk connector, the second trunk portion being mechanically and electrically connectable to the first trunk portion by coupling the first end of the second trunk portion to the second end of the first trunk portion and the first trunk connector to the second trunk connector. The tree also includes a light string that has a first portion having a first plurality of lighting elements electrically connected in series, a second portion having a second plurality of lighting elements electrically connected in series, the first plurality of lighting elements electrically connected in series to the second plurality of lighting elements through the first trunk connector and the second trunk connector when the first trunk portion is coupled to the second trunk portion.

In another embodiment, the present invention includes a modular lighted artificial tree that includes a first trunk portion including a first end, a second end, a first trunk wiring harness and a first trunk connector, the first trunk wiring harness electrically connected to the first trunk connector; a second trunk portion including a first end, a second end, a second wiring harness having a light string clip and a second trunk connector, the second trunk portion being electrically connectable to the first tree portion by coupling the first end of the second trunk portion to the second end of the first trunk portion such that the first trunk connector is electrically connected to the second trunk connector. The modular lighted artificial tree also includes a first plurality of branches attached to the second trunk portion and a first light string including a plurality of lighting elements, light string wiring, and an end clip, the plurality of lighting elements connected electrically by the light string wiring, a portion of the light string wiring affixed to the first plurality of branches, and the end clip electrically connected to the light string wiring. The end clip of the first light string is detachably connected to the light string clip such that the first light string is electrically connected to the first wiring harness and the second wiring harness.

In another embodiment, the present invention includes a method of manufacturing a modular, lighted artificial tree. The method includes assembling a first trunk wiring harness, including attaching first and second end connectors, to a pair of bus wires and attaching a light string connector to the pair of bus wires; connecting the first end connector to a first trunk connector assembly to form an electrical connection between the first wiring harness and the first trunk connector; attaching the light string connector to a trunk portion of the tree at an opening in a wall of a trunk of the tree such that at least a portion of the light string connector is located in an interior of the trunk; inserting a portion of the first wiring harness and the first trunk connector assembly into the trunk of the tree; and connecting an end of a pre-assembled light string to the first light string connector, such that the light string is electrically connected to the pair of bus wires.

The above summary of the various representative embodiments of the invention is not intended to describe each illustrated embodiment or every implementation of the invention. Rather, the embodiments are chosen and described so that others skilled in the art can appreciate and understand the

6

principles and practices of the invention. The figures in the detailed description that follow more particularly exemplify these embodiments.

BRIEF DESCRIPTION OF THE FIGURES

The invention can be understood in consideration of the following detailed description of various embodiments of the invention in connection with the accompanying drawings, in which:

FIG. 1 is a front perspective view of a modular, lighted artificial tree, according to an embodiment of the present invention;

FIG. 2 is a front view of a base and trunk assembly of the tree of FIG. 1;

FIG. 3 is an exploded front view of the base and trunk assembly of FIG. 2;

FIG. 4 is a cross-sectional view of a base and trunk portions with trunk connectors of the tree of FIG. 1;

FIG. 5 is a right side view of a trunk connector assembly connected to a portion of a trunk wiring harness, according to an embodiment of the present invention;

FIG. 6 is an exploded view of the trunk connector assembly and wiring assembly connector as depicted in FIG. 5;

FIG. 7 is a top view of the trunk connector assembly of FIGS. 5 and 6;

FIG. 8 is a right side view of another trunk connector assembly connected to a portion of a trunk wiring harness, according to an embodiment of the present invention;

FIG. 9 is an exploded view of the trunk connector assembly and wiring assembly connector as depicted in FIG. 8;

FIG. 10 is a top view of the trunk connector assembly of FIGS. 8 and 9;

FIG. 11 is a right side view of an embodiment of a trunk-top connector assembly;

FIG. 12 is an exploded view of the trunk-top connector assembly of FIG. 11;

FIG. 13 is a top view of the trunk-top connector assembly of FIGS. 11 and 12;

FIG. 14a is a front perspective view of a base portion joined to a lower trunk portion of the tree of FIG. 1 and the trunk of FIG. 2;

FIG. 14b is a cross-sectional view of the base portion joined to the lower trunk portion of FIG. 14a;

FIG. 15a is a front perspective view of a lower trunk portion joined to a middle trunk portion of the trunk of FIG. 2;

FIG. 15b is a cross-sectional view of the lower trunk portion joined to a middle trunk portion of FIG. 15a;

FIG. 16a is a front perspective view of a middle trunk portion joined to an upper trunk portion of the trunk of FIG. 2;

FIG. 16b is a cross-sectional view of the middle trunk portion joined to the upper trunk portion of FIG. 16a;

FIG. 17 is a block diagram of a modular tree lighting system, according to an embodiment of the present invention;

FIG. 18 is an electrical circuit diagram of the modular lighting system depicted in FIG. 17, with light strings having parallel-connected lighting elements, according to an embodiment of the present invention;

FIG. 19 is an electrical circuit diagram of the modular lighting system depicted in FIG. 17, with light strings having series-connected lighting elements, according to an embodiment of the present invention; and

FIG. 20 is an electrical circuit diagram of the modular lighting system depicted in FIG. 17, with light strings having groups of parallel-connected lighting elements connected in series, according to an embodiment of the present invention;

US 8,936,379 B1

7

FIG. **21** is a side view of a representative modular tree incorporating a connector assembly and a top connector assembly according to an embodiment of the present invention;

FIG. **22** is an exploded perspective view of a modular lighting system having a connector assembly and top connector assembly according to an embodiment of the present invention;

FIG. **23** is an enlarged exploded perspective view of the connector assembly of FIG. **22**;

FIG. **24** is an exploded perspective view of the top connector assembly of FIG. **22**;

FIG. **25** is a cross-sectional view of the connector assembly joining the base tree section and the intermediate tree section; and

FIG. **26** is a cross-sectional view of the top connector assembly joining the intermediate tree section and the top tree section. While the invention is amenable to various modifications and alternative forms, specifics thereof have been shown by way of example in the drawings and will be described in detail. It should be understood, however, that the intention is not to limit the invention to the particular embodiments described. On the contrary, the intention is to cover all modifications, equivalents, and alternatives falling within the spirit and scope of the invention as defined by the appended claims.

DETAILED DESCRIPTION

Referring to FIG. **1**, an embodiment of modular lighted tree **100** of the present invention is depicted. Modular tree **100** includes base portion **102**, first lighted tree portion **104**, second lighted tree portion **106**, and third lighted tree portion **108**. In some embodiments, modular tree **100** may include more lighted tree portions, such as a fourth lighted tree portion, or may include fewer lighted tree portions. When tree **100** is assembled, as depicted, lighted tree portions **104**, **106**, and **108** are aligned along a common vertical axis A and held in a generally vertical orientation by base portion **102**.

Base portion **102** as depicted includes multiple legs **110** connected to a central trunk-support portion **112**. As depicted, trunk support portion **112** may be generally cylindrical to receive and support first tree portion **104**. Base portion **102** may include an optional base-trunk portion **114** extending upwardly from trunk support portion **112** to form a portion of a trunk of tree **100**. In other embodiments, base portion **102** may comprise other configurations capable of supporting and aligning tree portions **104**, **106**, and **108** in a steady, upright manner. Such alternate embodiments include a base portion having more or fewer legs **110**, an integrated structure with an opening for receiving first lighted tree portion **104**, and other such embodiments.

Referring also to FIG. **2**, modular tree **100** is depicted in an assembled configuration, with multiple branches and light strings removed for illustrative purposes.

As depicted, first lighted tree portion **104** includes first trunk portion **120**, multiple branches **122**, and one or more first light strings **124**.

First trunk portion **120** as depicted comprises a generally cylindrical, hollow structure including trunk portion body **121** having a lower end **123**, an upper end **125**, outside wall **126**, and one or more branch-support rings **127**. First trunk portion **120** also defines multiple openings **166** in wall **126**.

Branch-support rings **127** include multiple branch receivers **128** extending outwardly and away from trunk portion **120**. In some embodiments, branch receivers **128** define a channel for receiving a trunk end of a branch **122**.

8

Each branch **122** generally includes primary branch extension **130** and may also include multiple secondary branch extensions **132** extending away from branch extension **130**. Branch **122** is connected to trunk portion **120** at a branch receiver **128** at trunk-end **134**. In some embodiments, as depicted, branches **122** include strands **136** simulating the needles found on natural pine or coniferous trees. Strands **136** are attached to branch frame **135**, which in some embodiments comprises a solid-core frame, such as a metal rod, wire, multiple twisted wires or rods, or similar such materials. In other embodiments, frame **135** may be hollow.

Trunk ends of branches **122** may be bent or otherwise formed to define a loop or circular opening such that trunk end **134** of branch **122** may be secured to branch receiver **128** by way of a pin (not depicted) extending through branch receiver **128** and the loop formed at trunk end **134** of branch **122**. In this way, a branch **122** may be allowed to pivot about the pin and branch receiver **128**, allowing tree portion **104** to collapse to a smaller envelope size for convenient storage.

First light string **124** includes light string wiring **140** and a plurality of lighting element assemblies **142**. Each lighting assembly element **142** includes housing **144** and lighting element **146**. Lighting elements **146** may comprise incandescent bulbs, light-emitting diodes, a combination thereof, or any of other known types of light-emitting elements.

Lighting elements **146** may be electrically connected in parallel, series, or a combination of series and parallel, as discussed further below with respect to FIGS. **18**-**20**, to form a parallel-connected, series-connected, parallel-series connected, or series-parallel connected first light string **124**.

First light string **124** is affixed to one or more branches **122** of lighted tree portion **104** via multiple clips **150**. A proximal end **152** of light string **124** may be connected to outside wall **126** of first trunk portion **120** by a connector or clip as described further below, or may be inserted through an opening **166** in wall **126** into an interior space defined by first trunk portion **120**.

In one embodiment, first lighted tree portion **104** includes a plurality of first light strings **124**. Such first light strings **124** may be substantially the same, for example, a series-parallel connected light string having 100 lighting element assemblies **142**. In other embodiments, first lighted tree portion **104** may include first light strings **124** having a particular configuration and other first light strings **124** having another, different configuration. For example, first light strings **124** located closer to base portion **102** may be longer in length with more light emitting assemblies **142**, while first light strings **124** further from base portion **102** may be relatively shorter in length, with fewer light emitting assemblies **142**. In other embodiments, first lighted tree portion **104** may include only a single light string **124**.

Second lighted tree portion **106**, adjacent first lighted tree portion **104**, is similar to lighted tree portion **104** and includes second trunk portion **160**, multiple branches **122** and one or more second light strings **162**.

Second trunk portion **160** as depicted also comprises a generally cylindrical, hollow structure including trunk portion body **161** having a lower end **163**, an upper end **165**, outside wall **164**, and one or more branch-support rings **127**. First trunk portion **120** also defines multiple openings **166** in wall **164**.

In one embodiment, trunk portion **160** may have a trunk diameter that is substantially equal to a trunk diameter of first trunk portion **120**, while in other embodiments, may have a trunk diameter that is different from that of the first trunk portion. In one such embodiment, a trunk diameter of second

US 8,936,379 B1

9

trunk portion **160** is slightly less than a trunk diameter of first trunk portion **120** such that that trunk **116** has a somewhat tapered look.

Similar to first light strings **124**, second light strings **162** may comprise any combination of series-connected or parallel-connected individual or groupings of lighting element assemblies **142**.

Third lighted tree portion **108**, adjacent to second lighted tree portion **106** includes third trunk portion **180**, branches **122**, and one or more third light strings **182**. In some embodiments, such as the depicted embodiment, a diameter of third trunk portion **180** may be somewhat smaller in diameter than a diameter of second lighted tree portion **108**. As depicted, third trunk portion **180** comprises a relatively smaller diameter pipe-like body portion **184** including lower end **185**, upper end **186**, trunk wall **187**, and defining top opening **188** (see also FIGS. **3** and **4**). Also as depicted, in some embodiments, third trunk portion **180** may also not include branchsupport rings **127**, as branches **122** of third lighted tree portion **108** may be somewhat shorter in length than branches **122** of second lighted tree sections **106** and may be directly connected to body portion **184** of third trunk portion **180**.

Third light string **182** includes wiring **190** and multiple lighting element assemblies **142**. Similar to first light strings **124**, third light strings **182** may comprise any combination of series-connected or parallel-connected individual or groups of lighting element assemblies **142**.

In the embodiment depicted, third light string **182** emerges from top opening **188** such that a portion of third light string **182** is within an interior space defined by third trunk portion **180**. Alternatively, third light string **182** may be connected via an electrical connector at opening **188**. In other embodiments, third light string is mechanically connected to trunk portion via a connector at wall **186** of third trunk portion **180**, or may be received in part by an opening (not depicted) in wall **186**. In yet other embodiments, third light string **182** may be an extension of second light string **162**.

Referring to FIG. **3**, an exploded, cross-sectional view of base portion **102**, and trunk portions **120**, **160**, and **180** is depicted.

In the embodiment depicted, base portion **102** includes an optional trunk-adapted power converter **192** which receives power from an external power source (not depicted) via power cord **194**. Power converter **192** converts power from the external power source to a power appropriate for lighting strings **124**, **162**, and **182**. In one embodiment, power converter **192** converts or transforms incoming alternating-current (AC) power to direct-current (DC) power. Such embodiments include converting from 120V AC to 9 VDC or 3 VDC for parallel or series-parallel construction and for use with, though not limited to, light elements **146** comprising LEDs.

Power converter **192**, when present in tree **100**, may be generally cylindrical in shape and sized to fit within a portion of either trunk-support portion **112** or base-trunk portion **114**, or both. Known DC-powered light sets and known fiber optic lighted trees often include a power converter, but such power converters typically comprise block-like structures that plug directly into a power source, such as a 120V AC wall outlet. Not only are such known power converters unattractive, but may easily become dislodged from their power receptacle or outlet due to the significant weight of the converter. Tree **100** with power converter **192** of the present invention avoids such problems by securely locating the power converter within base portion **102**.

In other embodiments, tree **100** may not include power converter **192**, and light strings **124**, **162**, and **182** may utilize power from the external power source to energize lighting

10

elements **146**. In one such embodiment, all lighting elements **146** of tree **100** receive 120V AC power via a single power cord **194**.

In the embodiment depicted in FIG. **3**, base-trunk portion **114** includes first or lower end **196** and second or upper end **198**. Lower end **196** may be sized to fit into trunk-support section **112**.

Referring to FIGS. **2-4**, base support portion **102** is configured to easily and securely mechanically couple and electrically connect to first tree portion **104**; first tree portion **104** is configured to mechanically couple and electrically connect to second tree portion **106**; and second tree portion **106** is configured to mechanically couple and electrically connect to third tree portion **108**. As discussed further below, such mechanical and electrical connections are accomplished in part through a series of trunk connectors and wiring harnesses inserted into base **102** and trunk portions **120**, **160** and **180**.

Referring to FIGS. **3** and **4**, in the embodiment depicted, base portion **102** houses trunk connector assembly **200** and base wiring harness **202**. In one embodiment, such as the embodiment depicted, trunk connector assembly **200** is a female trunk connector configured to receive a male counterpart to form a coaxial-like electrical connection. Trunk connector assembly **200** is inserted into upper end **198** of basetrunk portion **114**. Base wiring harness **202** when connected to trunk connector assembly **200** extends through a portion or all of the interior of base-trunk portion **114** and trunk support portion **112**. As discussed further below with respect to FIGS. **5-7**, trunk connector assembly **200** includes head assembly **204** coupled to electrical connector **206** via a length of wiring **208**.

Base wiring harness **202** includes electrical connector **206** and power cord **194**. In embodiments that include power converter **192**, such as the embodiment depicted, base wiring harness **202** may also include additional wiring **212** and power converter **192**.

Consequently, when assembled, trunk connector assembly **200** is electrically connected to a plug end of power cord **194** through base wiring harness **202** such that power is available at connector assembly **200** when tree **100** is plugged into a power source.

First trunk portion **120** houses trunk connector assembly **212**, another trunk connector **200** and first trunk wiring harness **214**. In one embodiment, such as the embodiment depicted, trunk connector assembly **212** is a male trunk connector configured to be inserted into a female counterpart, such as connector assembly **204** to form a coaxial-like electrical connection. Trunk connector assembly **212** is inserted into lower end **123** of first trunk body **121**. Trunk connector assembly **200** is inserted into upper end **125** of first trunk body **121**. First trunk wiring harness **214** when connected to trunk connector assemblies **200** and **212** extends through a portion, or all, of the interior of first trunk portion **120**. As discussed further below with respect to FIGS. **8-10**, trunk connector assembly **212** includes head assembly **216** coupled to electrical connector **206** via a length of wiring **218**.

First trunk wiring harness **214** includes an electrical connector **210** coupled to connector assembly **200** at electrical connector **206**, an electrical connector **210** coupled to connector assembly **212** at electrical connector **206**, a plurality of optional wall mount connectors **220**, and wiring **222**. Embodiments of first trunk wiring harness **214** are described in further detail below with respect to FIG. **17**.

In one embodiment, wall mount connectors **220** mount to wall **126** through openings **166** such that a portion of connector **220** is inside first trunk body **121**, and a portion outside first trunk body **121**. Wall mount connectors **220** are config-

US 8,936,379 B1

11

ured to mechanically and electrically connect to first light strings **124**. In one embodiment, each first light string **124** includes a connector **224** that mates with wall mount connector **220** to detachably fix light string **124** to first trunk body **161** and first trunk wiring harness **214**. In one embodiment, connector pair **220** and **224** may be easily connected or disconnected to attach or detach light string **124** to trunk portion **120**.

Consequently, when assembled, trunk connector assembly **200** is electrically connected to connector assembly **212** and light strings **124** through wiring harness **214**.

In the depicted embodiment, second trunk portion **160** houses a pair of trunk connector assemblies **212** and second trunk wiring harness **230**. A lower trunk connector assembly **212** is inserted into lower end **163** of second trunk body **161**. An upper trunk connector assembly **212** is inserted into upper end **165** of second trunk body **161**. Second trunk wiring harness **230** when connected to trunk connector assemblies **212** extends through a portion, or all, of the interior of first trunk portion **160**.

Second trunk wiring harness **230** may be generally similar to first trunk wiring harness **214**, and includes an electrical connector **210** coupled to lower connector assembly **212** at electrical connector **206**, an electrical connector **210** coupled to upper connector assembly **212** at electrical connector **206**, a plurality of optional wall mount connectors **220**, and wiring **232**.

In one embodiment, wall mount connectors **220** mount to wall **164** through openings **166** such that a portion of connector **220** is inside second trunk body **161**, and a portion outside second trunk body **161**. Wall mount connectors **220** are configured to mechanically and electrically connect to second light strings **162**. In one embodiment, each second light string **162** includes a connector **224** that mates with wall mount connector **220** to detachably fix light string **162** to second trunk body **161** and second trunk wiring harness **214**. In one embodiment, connector pair **220** and **224** may be easily connected or disconnected to attach or detach light string **162** to trunk portion **160**.

Consequently, when assembled, upper trunk connector assembly **212** is electrically connected to lower connector assembly **212** and light strings **162** through second trunk wiring harness **230**.

Third trunk portion **180** in the depicted embodiment includes, in addition to trunk body portion **184**, large adapter **240**, small adapter **242**, and trunk-top connector **244**. Bottom end **185** of trunk body portion **184** fits into an upper opening of small adapter **242**. As described further below with respect to FIGS. **16a** and **16b**, when assembled, a top portion of trunk-top connector **244** is received by a lower opening of small adapter **242**, while a bottom portion of top connector **244** is received by large adapter **240** to securely connect third trunk portion **180** to second trunk portion **160**.

As depicted, a bottom portion of trunk-top connector **244** defines an electrical receiver for receiving a portion of trunk connector assembly **212** of second trunk portion **160**. As such, third trunk portion **180** is in electrical connection with second trunk portion **160**. Further, third light string **182** is electrically connected to trunk-top connector **244**, thereby causing third light string **182** to be in electrical connection with second trunk wiring harness **230** and first trunk wiring harness **214**, as well as in electrical connection to the various first and second light strings **124** and **162** via their respective wiring harnesses. Alternatively, third trunk portion **180** may include a separate third trunk wiring harness detachably connectable to one or more of third light strings **182**. Details of

12

the various embodiments of electrical circuits formed are described further below with respect to FIGS. **17-20**.

Referring to FIGS. **5-7**, an embodiment of connector **204** is depicted. FIG. **5** depicts an assembled connector **200**, configured as a female connector, coupled to, or connected to a portion of a trunk wiring harness, such as a trunk wiring harness **214**; FIG. **6** depicts an exploded view of connector **200** and a connector **210** of trunk wiring harness **214**; and FIG. **7** depicts a top view of connector assembly **200**.

As described above, an embodiment of connector assembly **200** includes head assembly **204**, wiring **208**, and connector **206**. As depicted, connector assembly **200** comprises a female-style electrical connector, though in other embodiments may comprise other multi-contact electrical connectors as described further below.

Wiring **208** may include one or more wires comprising an insulated or uninsulated conductor. As depicted, wiring **208** of connector assembly **200** includes first wire **256** and second wire **258**.

In an embodiment, head assembly **204** includes contact set **250**, insert **252**, and trunk plug **254**. Contact set **250** as depicted includes a first electrical contact **260** and a second contact **262** and defines receptacle **264**. In the embodiment depicted, first electrical contact **260** comprises a portion of outside surface of contact set **250** and an inside surface of contact set **250** and forms an electrical connection with first wire **256**. Second electrical contact **262** forms an electrical connection with second wire **258**, and may be located generally at a center portion of receptacle **264**, extending upward and away from a closed end of receptacle **264**. Consequently, the depicted embodiment of contact set **250** comprises a coaxial electrical connector.

However, it will be understood that contact set **250** may include other types of single-contact or multi-contact electrical connectors. Such embodiments include first electrical contact **260** and second electrical contact **262** comprising a pair of electrical contacts of substantially the same structure, such as a pair of blade connectors, spade connectors, or other such electrical terminals or contacts as known to those skilled in the art.

When present, insert **252** may be comprised of a generally elongated, cylindrical structure having a body **264** defining an outside surface **266** and cavity **268**, top end **270**, bottom end **272**, and flange **274** defining top surface **276**. Cavity **268** may have a diameter appropriate for receiving contact set **250**. In some embodiments, body **264** of insert **252** may be tapered. Although not intending to be limiting, insert **252** may comprise a plastic or similar non-conducting material.

Plug **254** comprises a generally cylindrical shape sized to be inserted into one of trunk portions **120** or **160**, or base **102**, and for securely positioning contact set **250** within its respective trunk or base portion. Plug **254** in an embodiment includes a top end **278**, second end **280**, left side **282**, right side **284**, one or more ribs **286** and top surface **288**. Plug **254** defines cavity **290**. Plug **254** may be tapered such that a plug diameter at bottom end **280** is somewhat smaller than a plug diameter at top end **278**. In some embodiments, plug **254** may comprise a non-conductive plastic material with elastic properties allowing sides **282** and **284**, and to a certain extent, ribs **286** to bend and flex slightly.

When assembled, contact set **250** is received into cavity **268** of insert **252**, and insert **252** is received into cavity **290** of plug **254** such that flange **274** is adjacent top surface **288** of plug **254**. For body-tapered embodiments of insert **252**, as insert **252** is inserted into cavity **268**, force is exerted onto contact set **250** such that plug **254**, insert **252** and contact **250**

US 8,936,379 B1

13

are held together forming an interference fitment, thereby securing contact set 250 in head assembly 204.

Wiring 208 connects head assembly 204 to connector 206. Connector 206 defines one or more wire-receiving cavities 292 for securely receiving first wire 256 and second wire 258. In one embodiment, connector 206 couples with connector 210 of a trunk wiring harness. In such an embodiment, connectors 206 and 210 bring wiring 208 into contact with wiring 222, such that a conductor of wire 256 is in electrical connection with a conductor of wire 294 and a conductor of wire 258 is in electrical connection with a conductor of wire 296. In some embodiments, connector 206 detachably locks to connector 210.

Referring to FIGS. 8-10, an embodiment of connector 212 is depicted. FIG. 8 depicts an assembled connector 212, configured as a male connector, coupled to, or connected to a portion of a trunk wiring harness, such as a trunk wiring harness 214; FIG. 9 depicts an exploded view of connector 212 and a connector 210 of trunk wiring harness 214; and FIG. 10 depicts a top view of connector assembly 212.

As described above, an embodiment of connector assembly 212 includes head assembly 216, wiring 218, and connector 206. As depicted, connector assembly 212 comprises a male-style electrical connector, though in other embodiments may comprise other multi-contact electrical connectors as described further below.

Wiring 218 may include one or more wires comprising an insulated or uninsulated conductor. As depicted, wiring 218 of connector assembly 212 includes first wire 298 and second wire 300.

In an embodiment, head assembly 216 includes contact set 302, insert 304, and trunk plug 254. Contact set 302 as depicted includes a first electrical contact 306 and a second contact 308 and defines receptacle 310. In the embodiment depicted, first electrical contact 306 comprises a portion of outside surface of contact set 302 and forms an electrical connection with first wire 298. Second electrical contact 308 forms an electrical connection with second wire 300, and may be located generally at a center, bottom portion of receptacle 310. Consequently, the depicted embodiment of contact set 302 comprises a coaxial electrical connector.

However, it will be understood that contact set 302 may include other types of single-contact or multi-contact electrical connectors. Such embodiments include first electrical contact 306 and second electrical contact 308 comprising a pair of electrical contacts of substantially the same structure, such as a pair of blade connectors, spade connectors, or other such electrical terminals, receivers, or contacts as known to those skilled in the art.

When present, insert 304 may be comprised of a generally elongated, cylindrical structure having a body 312 defining an outside surface 314 and cavity 316, top end 318, bottom end 320, and flange 322 defining top surface 324. Cavity 316 may have a diameter appropriate for receiving contact set 302. In some embodiments, body 312 of insert 304 may be tapered. Although not intending to be limiting, insert 304 may comprise a plastic or similar non-conducting material.

When assembled, contact set 302 is received into cavity 316 of insert 304, and insert 304 is received into cavity 290 of plug 254 such that flange 322 is adjacent top surface 288 of plug 254. For body-tapered embodiments of insert 304, as insert 304 is inserted into cavity 268, force is exerted onto contact set 302 such that plug 254, insert 304 and contact set 304 are held together forming an interference fitment, thereby securing contact set 304 in head assembly 216.

Wiring 218 connects head assembly 216 to connector 206. Connector 206 defines one or more wire-receiving cavities

14

292 for securely receiving first wire 298 and second wire 300. In one embodiment, connector 206 couples with connector 210 of a trunk wiring harness. In such an embodiment, connectors 206 and 210 bring wiring 218 into contact with wiring 222, such that a conductor of wire 298 is in electrical connection with a conductor of wire 294 and a conductor of wire 300 is in electrical connection with a conductor of wire 296. In some embodiments, connector 206 detachably locks to connector 210.

Referring to FIGS. 11-13, an embodiment of trunk-top connector 244 is depicted. FIG. 11 depicts trunk-top connector 244 as assembled; FIG. 12 depicts trunk-top connector in exploded view; and FIG. 13 depicts a bottom view of assembled trunk-top connector 244.

In the depicted embodiment, trunk-top connector 244 includes a body portion 330 and dual-wire contact set 250.

Body portion 330 includes top portion 332 and bottom portion 334. Top portion 332 and bottom portion 334 together may comprise an integrated body portion 330, or may comprise separate and distinct pieces such that body portion 330 comprises an assembly. In one embodiment, bottom portion 334 is substantially the same as adapter 252. Although depicted as a generally cylindrical shape with a circular cross-section, body portion 330 may take other shapes adapted to couple with trunk body 184, such as square or rectangular, as needed.

Top portion 330 may include a plurality of vertical ribs 336 distributed about a perimeter of top portion 330. A top portion of each rib 336 may be angled inward to aid in guiding top portion 330 into trunk body 184 during assembly.

Bottom portion 334 includes flange 338 and defining cavity 340. In some embodiments, bottom portion 334 may be slightly tapered such that bottom portion 334 has an upper diameter somewhat larger than a lower diameter so as to assist in forming an interference fit with adapter 240 (refer also to FIG. 3). Flange 338 includes a bottom surface 342 and a top surface 344.

Contact set 250 as described above in further detail is sized to fit into cavity 340 of bottom portion 334, and is in electrical connection with wires 344 and 346. Wires 344 and 346 may comprise a portion of light set 182, or may be part of a separate, and in some embodiments, detachably-connected, trunk-top wiring harness configured to electrically connect contact set 250 with light set 182.

Referring primarily to FIGS. 14a and 14b, and secondarily to FIGS. 3 and 4, a coupling of base-trunk portion 114 of base portion 102 with trunk portion 120 is depicted. FIG. 14a depicts the portions coupled together along a common vertical axis A, while FIG. 14b depicts the portions coupled together, with cross-sectional views of base-trunk portion 114 and trunk body 121.

Base portion 102 may be mechanically coupled and electrically connected to trunk portion 120 by simply aligning upper end 198 of base-trunk portion 114 with lower end 123 of trunk body 121 along axis A and inserting upper end 198 into lower end 123. In the depicted embodiment, to form the mechanical coupling and electrical connection between base portion 102 and trunk portion 120, it is not necessary to rotate either portion about axis A.

From a mechanical standpoint, as described above, upper end 198 of base-trunk portion 114 has an outside diameter that is slightly less than an inside diameter of lower end 123 of trunk body 121, such that upper end can be inserted into lower end 123, causing a trunk wall 126 to overlap with a trunk wall 350 of base-trunk portion such that a portion of the walls may be adjacent one another. When upper end 198 is inserted fully into lower end 123, or in other words, when lower end 123 is

US 8,936,379 B1

**15**

lowered fully onto upper end **198**, lower end **123** seats firmly against base-trunk portion **114** at an angled region of transition **352** between upper end **198** and lower end **192** of base-trunk portion **114**.

At angled region of transition **352**, an outside diameter of base-trunk portion **114** transitions from a relatively smaller outside diameter of upper portion **198** to a relatively larger outside diameter of lower end **192**. In one embodiment, the larger outside diameter of lower end **192** is approximately the same outside diameter as lower end **123**. When base-trunk portion **114** and first trunk body **121** are generally cylindrical with a circular cross section as depicted, region of transition **350** comprises a generally circular region about the perimeter of base-trunk portion **114**. The angle formed by region of transition **350** relative to a horizontal plane perpendicular to base-trunk portion **114** may vary from 0 degrees to substantially 90 degrees, though as depicted, an angle of region of transition **350** may range from 30 degrees to 60 degrees.

When seated, the weight of trunk portion **120** exerts a downward force onto base-trunk portion **114** creating an interference fit between lower end **123** and upper end **198**, thereby mechanically coupling base portion **102** to first trunk portion **120** and first tree portion **104**. Unlike lighted trees having multiple trunk sections, tree **100** of the present invention does not require that base or trunk portions be aligned in any particular matter, except along axis A.

Known lighted trees having multiple tree or trunk portions generally require that after aligning the trunk portions along a vertical axis, a trunk portion must be rotated about the vertical axis to complete the mechanical connection between trunk portions. Embodiments of tree **100** of the present invention provide simplified structures and methods for mechanically coupling tree portions along the trunk without the burden of multiple steps such as rotational alignment or affixing external fasteners such as screws, bolts or pins.

It will be understood that the above embodiment for mechanically coupling base portion **102** to tree portion **104** is not intended to be limiting. In other embodiments, lower end **123** may comprise an outer diameter smaller than upper end **198** such that lower end **123** inserts into upper end **198**, rather than vice versa. In yet other embodiments, trunk portion **120** couples with base-trunk body **114** via other structure integrated with, or separate from, base portion **102** or tree portion **104**. In one such embodiment, a sleeve attached to upper end **198** forms a receiving cavity for lower end **123** such that lower end **123** may be inserted into the sleeve to join the two portions. In such an embodiment, trunk diameters might be substantially equal. In another embodiment requiring only minimal rotational alignment, lower end **123** and upper end **198** may comprise other shapes at their ends, such as a square, leaving four coupling positions about axis A.

When lower end **123** is seated against upper end **198**, in addition to the mechanical coupling at the walls of the trunk portions, connector assemblies **200** and **212** form an additional mechanical coupling of base portion **102** and trunk portion **120**.

During assembly of base portion **102**, plug **254** of connector assembly **200** is inserted into upper end **198** of base-trunk portion **114**. In an embodiment, plug **254** is tapered such that top end **278** has a larger diameter than bottom end **280**. Top end **278** may also have a slightly larger diameter than an inside diameter of base-trunk portion **114**, while bottom end **280** has a slightly smaller diameter than an inside diameter of base-trunk portion **114**. As such, when plug **254** is inserted into base-trunk portion **114**, portions of plug **254**, including sides **280** and **282** and ribs **286** contact an inside surface of trunk wall **350** of base-trunk portion **114**. Sides **280**, **282**, and

**16**

to a certain extent, ribs **286** deform in order to fit plug **254** inside base-trunk portion **114**. Such deformation or compression of plug **254** seats the plug securely within base-trunk portion **114**, forming a compression or interference fit with portion **114**. As such, plug **254** is unlikely to move along vertical axis A or rotationally about vertical axis A when a user of tree **100** couples base portion **102** and trunk portion **120** together.

Similarly, connector assembly **212** is secured within lower end **123** of trunk body **121** of trunk portion **120**, with plug **254** wedged tightly into place.

Further, connector assemblies **200** and **212** are securely positioned within their respective trunk sections such that when base portion **102** is coupled with trunk portion **120**, portions of connector assembly **200** and connector assembly **212** come into contact, thus forming a mechanical coupling of the connector assemblies. More specifically, the portion of contact set **302** extending beyond top surface **324** of flange **322** of connector assembly **212** is inserted into cavity **264** of contact set **260** of connector assembly **200** (see as FIGS. **5**, **6**, **8**, and **9**). Contact **262** of contact set **250** is inserted into cavity **310** of contact set **302**. Top surface **324** may also contact adapter **252**.

These multiple points of mechanical contact between connector assemblies **200** and **212** combined with the secure fit of connector assemblies **200** and **212** to the trunk portions via plugs **254** creates a substantial mechanical coupling not only at the trunk walls, but also at the inside, center portions of base portion **102** and trunk portion **120**. The deformation of plugs **254** asserting an outward force on the trunk portions along with the mechanical coupling of the connector assemblies reduces the likelihood of the shifting of connector assemblies **200** and **212**, as is discussed further below.

The plug fitment and coupling of connector assemblies **200** and **212** also provides some additional structural support to the generally hollow base-trunk portion **114** and first trunk-body portion **121**. As the weight of each tree portion **104**, **106**, and **108** may be substantial, any force transverse to axis A has potential to degrade or deform the trunk walls. Such force may be distributed to plugs **254** through the walls to lessen the detrimental impact of any such forces.

In addition to the mechanical coupling of base portion **102** and lighted tree portion **104**, when base portion **102** is coupled to lighted tree portion **104** the two portions become electrically connected. As discussed above, when connector assembly **212** is coupled to connector assembly **200**, contact set **250** is inserted into cavity **264** of contact set **260** of connector assembly **200**. Contact **262** of contact set **250** is inserted into cavity **310** of contact set **302**. Consequently, an electrical connection is made between contact **260** of connector assembly **200** and contact **306** of connector assembly **212**, thus electrically connecting wires **256** and **298**. An electrical connection is also made between contact **262** of connector assembly **200** and contact **308** of connector assembly **212**, thus electrically connecting wires **258** and **300**.

In one embodiment, the coaxial nature of connectors **200** and **212** permit the electrical connection of the connectors at any rotational orientation about a vertical axis. Therefore, when a user assembles base portion **102** to tree portion **104**, other than aligning the two portions along a vertical axis A, no rotational alignment is necessary. Thus, when a user assembles tree **100**, there is no need to rotate or reposition a particular tree portion after lifting it up and before placing it onto a base portion. A user simply aligns the trunk portion with the base portion or other trunk portion along a vertical axis and brings the trunk portion downward to couple with the stationary base or trunk portion, thus mechanically coupling

US 8,936,379 B1

17

and electrically connecting the tree portions. If some rotation occurs inadvertently, the coupling and connection still occurs, regardless of the rotation.

Referring to FIGS. 15a and 15b, as well as FIGS. 3-10, a coupling of first trunk portion 120 with second trunk portion 160 is depicted. The mechanical coupling and electrical connection of first trunk portion 120 with second trunk portion 160 is substantially similar to the coupling and connection of trunk portion 114 of base portion 102 with trunk portion 120 as described above with respect to FIGS. 14a and 14b. FIG. 15a depicts first trunk portion 120 and upper end 125 of first trunk body 121 coupled together with second trunk portion 160 and lower end 163 of second trunk body 161, along a common vertical axis A. FIG. 15b depicts the portions coupled together, including connectors, with cross-sectional views of first trunk body 121 and second trunk body 161.

When mechanically coupled, upper end 125 of first trunk body 121 fits into lower end 163 of second trunk body 161, forming a fit between the two trunk bodies, substantially similar to the fit described above with reference to end 198 of base-trunk portion 114 and end 123 of first trunk body 121. Further, connector assembly 200 mechanically couples and electrically connects with connector assembly 212 in a manner described above.

Consequently, when trunk portions 120 and 160 are joined, first trunk wiring harness 222, already in electrical connection with connector assembly 200, becomes electrically connected with second trunk wiring harness 230 via connector assembly 212.

FIGS. 15a and 15b also depict first trunk wiring harness 214 connected at connector 206 to connector assembly 200 and to trunk body 161 at wall 126. A connector 224 of light string 124 connects light string 124 and its lighting elements 146 to first trunk wiring harness 214 and consequently to connector assembly 200.

Referring to FIGS. 16a and 16b, as well as FIGS. 3, 4, and 8-13, a coupling of second trunk portion 160 with third trunk portion 180 is depicted. Generally, a lower end of third trunk portion 180 is inserted into an upper end of second trunk portion 160 to form the mechanical coupling and electrical connection between the two portions.

In the embodiment depicted, top portion 332 of body portion 330 of trunk-top connector 244 is inserted through small adapter 242 and into third trunk body 184 at lower end 185. Vertical ribs 336 contact an inside surface of trunk body 184 to securely hold connector 244 to trunk body 184. An inside surface of small adapter 242 contacts an outside surface of body 184. Contact set 250 (not depicted in FIGS. 16a and 16b) is located in bottom end 334 of connector body portion 330. Wires 334 and 336 extend away from connector 244 and into the interior of trunk body 184. Small adapter 242 and body portion 330 are inserted into large adapter 240. Bottom end 334 of body 330 extends through an opening in large adapter 240. Third trunk portion 180 is inserted into end 165 of trunk body portion 161.

Connector assembly 212 located in end 165 of trunk body portion 161 couples with trunk-top connector 244. When fully engaged, bottom end 334 of connector 244 engages plug 254, or in some embodiments engages top surface 324 of adapter 304 of connector assembly 212. Contact set 302 is received into bottom end 334 of body 300. Consequently, a secondary mechanical coupling between connector assembly 212 and connector assembly 244, and between trunk portions 160 and 180, is formed.

When mechanically coupled, connectors 212 and 244 form an electrical connection between second trunk portion 160 and third trunk portion 180. Similar to the electrical connec-

18

tion described with respect to connectors 212 and 200, contact set 320 engages with contact set 250 to form an electrical connection between connectors 212 and 244, and thusly between second trunk wiring harness 232 and connector assembly 244, including wires 344 and 346. Further details regarding the electrical circuits formed by the electrical connections between trunk portions and their respective trunk connectors are described below with respect to FIGS. 17-20.

Referring to FIG. 17, a block diagram of an embodiment of modular lighting system 400 of tree 100 comprising the various electrically-relevant components discussed above is depicted. Lighting system 400 includes base lighting subsystem 402, first tree portion lighting subsystem 404, second tree portion lighting subsystem 406, and third tree portion lighting subsystem 406. Throughout FIG. 17, the symbols "+" and "−" are used to indicate an example electrical polarity and to indicate electrical connection or continuity between wires and connectors. It will be understood that these polarity indicators while useful for teaching the present invention are not intended to limit the invention to a particular polarity configuration, or in any way limit the invention only to DC operation.

Base lighting subsystem 402 includes connector assembly 200, wiring harness 202, optional power converter 192, and power cord 194. In the embodiment depicted, connector 200 is detachably connected to wiring harness 202. In one such embodiment, connector 206 mates with connector 210 to connect wire 294 to wire 256 and wire 296 to wire 258. In embodiments not including power converter 192, power cord 194 may connect directly to connector 210 such that power cord 194 is detachably coupled to connector assembly 200. Other embodiments may not include connectors 206 and 210, such that power cord 194 is integrated into connector 200.

When power cord 194 is connected to a power source 410, power is consequently available at connector assembly 200.

Because of the modularity and detachability of connector assembly 200 and wiring harness 202, connector assembly 200 may be used universally with a variety of wiring harnesses 202 and power cord 194 configurations.

First tree lighting subsystem 404 includes connector assembly 212, first trunk wiring harness 214, first light strings 124 and connector assembly 200. In an embodiment, connector assemblies 212 and 200 are detachably connected to first trunk wiring harness 214 via connectors 206 and 210. In this manner, any number of different first trunk wiring harnesses 214 may be used to create lighting subsystem 404. In the embodiment depicted, first trunk wiring harness 214 includes three connectors 210 for connecting to three light strings 124. If a particular tree portion 104 requires more or fewer light strings 124, based on tree size, light count, and so on, a different wiring harness 214 may be used to comprise subsystem 404.

First trunk wiring harness 214 also includes wiring 222, which comprises first bus wire 294, second bus wire 296, and a plurality of light string connection wires 412 and 414. Light string connection wires 412 and 414 electrically connect first light strings 124 to first trunk wiring harness 214. In some embodiments, bus wires 294 and 296 may be a higher or heavier gauge wire, such as 20AWG, while light string connection wires 412 and 414 may be a lighter gauge wire, such as 22AWG. The connection between any of bus wires 294 and 296 and wires 412 and 414 may be made by soldering, crimping, connecting using wire connectors, or otherwise causing the wires to be in electrical contact with one another, as is known in the art.

Second tree lighting subsystem 406 includes a pair of connector assemblies 212, second trunk wiring harness 230, and

US 8,936,379 B1

19

second light strings 162. In an alternate embodiment, second tree lighting subsystem 406 includes a pair of connector assemblies 200, or one connector assembly 200 and one connector assembly 212, rather than a pair of connector assemblies 212.

As depicted, connector assemblies 212 are detachably connected to second trunk wiring harness 230 via connectors 206 and 210. In this manner, any number of different second trunk wiring harnesses 230 may be used to create lighting subsystem 406. In the embodiment depicted, second trunk wiring harness 230 includes four connectors 210 for connecting to four light strings 162. Similar to first trunk wiring harness 214 as described above, if a particular tree portion 104 requires more or fewer light strings 162, based on tree size, light count, and so on, a different wiring harness 214 may be used to comprise subsystem 404.

Second trunk wiring harness 230 also includes wiring 232, which comprises first bus wire 294, second bus wire 296, and a plurality of light string connection wires 412 and 414. Light string connection wires 412 and 414 electrically connect first light strings 162 to first trunk wiring harness 232.

When second trunk portion 180 is coupled and connected to first trunk portion 160, which is connected to base portion 102, second trunk wiring harness is in electrical communication with first trunk wiring harness 214, and base wiring harness 202. Consequently, second light strings 162 are in electrical communication with first light strings 124 via first and second trunk wiring harnesses 214 and 230.

Third tree lighting subsystem 408 includes connector assembly 244, one or more light strings 182, and in some embodiments, a pair of connectors 206, 210 for detachably connecting light string 182 to connector 244. When third trunk body 180 is coupled and connected to second trunk body 160, connector 244 makes electrical connection with connector assembly 212, such that light string 182 is electrically connected to second trunk wiring harness 230.

Thus, when base portion 102 is coupled and connected to trunk portions 120, 160, and 180, wiring harnesses 202, 214, 230 and light strings 124, 162, and 182 are all electrically connected to one another, directly, or indirectly. When power cord 194 is plugged into, or otherwise electrically connected to, power source 410, power is available throughout modular lighting system 400, thus powering lighting elements 146.

As discussed briefly above, the modularity of lighting system 400 provides a number of benefits for manufacturers and users of tree 100. From a manufacturing standpoint, as the number of light strings increases or decreases for various lighted trees 100, wiring harnesses 214 or 230 can be interchanged or modified while still using common modular connector assemblies 200, 212, and 244. Further, when modular light sets 124, 162, and 182 having connectors 224 that connect to connectors 220 at trunk 116, light sets with more or fewer lighting elements 146 may be clipped on to trunk 116 via the connector pair 220 and 224, without necessarily changing trunk wiring harnesses (though in some cases, a heavier gauge wiring may be necessary).

From a user perspective, the modularity of individual light strings 124, 162, and 182 offers a user the opportunity to easily disconnect the light string from trunk 116 for replacement as needed.

Although embodiments of tree 100 include modular lighting system 400, it will be understood that although tree 100 may generally be considered a modular tree mechanically coupled and electrically connected at its respective trunk portions, in some embodiments, the lighting system of modular lighted tree 100 may not include a fully modular lighting system 400. In such alternate embodiments, a lighting system

20

of the present invention may not include detachable light strings 124, 162, 182, or may not include detachable trunk wiring harnesses.

Referring to FIGS. 18-20, schematic diagrams depict several embodiments of lighting system 400 with light strings 124, 162, and 182 having varying electrical configurations.

Referring specifically to FIG. 18, an electrical schematic of an embodiment of lighting system 400 having only parallel light strings 124, 162, and 182 is depicted.

In the depicted embodiment, lighting elements 146 are connected in parallel to each other to form parallel light strings 124, 162, 182. An advantage to parallel construction is that if one lighting element 146 fails, the remaining lighting elements 146 remain lit. Lighting elements 146 as described above may comprise any known type of lighting element, including incandescent bulbs, LEDs, and so on, with any number of lighting elements 146 included in a string. A number of lighting elements 146 used in a particular lighting string may vary dependent on the overall number of lighting elements 146 desired on tree 100, desired wire gauge, and other such factors. Light connect wires 412 and 414 of a lighting string 124, may connect to or through trunk body 121 through an opening 166 (FIG. 2) common to both wires 412 and 414 to connect to harness 214. In other embodiments, such as the one depicted in FIG. 20, a portion of light string 124 may connect to first wiring harness 214 through more than one opening 166.

Bus wires 294 and 296 interconnect to provide power from power source 410 throughout tree 100. Each light string 124, 162, and 182 is connected to bus wires 294 and 296, thus providing power to all lighting elements 146 on tree 100.

Referring to FIG. 19, an embodiment of lighting system 400 comprising series-connected light strings 124, 162, and 182 is depicted. In this embodiment, all lighting elements 146 of each lighting string are wired electrically in series. In one embodiment, a light string 124 comprises fifty lighting elements 146, each lighting element comprising a 2.5V incandescent bulb, and bus wires 294 and 296 provide 125 VAC power to lighting system 400.

Lighting strings 124 each have a first lead connected to bus wire 294 and a second lead connected to bus 296. In the depicted embodiment, electrical connection to the bus wires is maintained within a single trunk body 121, and in some embodiments, through a single opening 166.

On the other hand, lighting system 400 may include a light string, such as light string 162a that includes a first lead 412 connected to a bus wire 294 through a first opening 166a, and second lead 414 connected to a bus wire 296 through a second opening 166b.

Referring to FIG. 20, in yet another embodiment of modular lighting system 400, light strings 124, 162, and 182 comprise series-parallel configurations.

In the depicted embodiment, light string 124 comprises multiple groups 420 of parallel connected lighting elements 146. Each group 420 includes multiple lighting elements 146 connected in parallel. Because of the parallel connection, and within limits of the current-carrying capacity of the wires of the light string and wiring harnesses, nearly any quantity of lighting elements may be wired in parallel.

Groups 420, including group 420a, 420b, 420c, and 420d, are connected in series to form the parallel-series light string 124. The number of groups 420 may vary from string-to-string, depending on the number of lights strings desired, source voltage, bus voltage, and lighting element rating. In one embodiment having 120 VAC available at bus wires 294 and 296, light string 124 comprises 50 groups 420 having 10 lighting elements 146, each lighting element rated for 2.5V.

US 8,936,379 B1

21

Such a relatively long string reduces the amount of connections to tree portion **120**, and further provides the benefit of parallel construction such that the failure of a single lighting element **146** does not cause all lighting elements **146** to lose power (unlike a pure series-connected light string).

In one embodiment, light string **124** includes multiple group connectors **422**. Group connectors **422** facilitate the assembly and connection of multiple groups of parallel-connected lighting elements **146**. In one embodiment, lighting elements **146** are assembled onto a pair of initially continuous wires **424** and **426**. Alternating portions of wires **424** and **426** are punched out, or otherwise removed such that wires **424** and **426** are discontinuous between groupings **420**. Group connectors **422** enclose and isolate the regions of discontinuity of light string **124** between each parallel group **420**. Further details of this and similar embodiments of light string **124** and group connector **422** are provided in U.S. application Ser. No. 13/112,749, entitled "Decorative Light String for Artificial Lighted Tree", filed May 20, 2011, and commonly assigned to the assignees of the present application, the contents of which are herein incorporated by reference into the present application.

Still referring to FIG. **20**, lights string **162** and **182** may also be constructed of multiple groups **420**, each group **420** including multiple parallel-connected lighting elements **146**. In this embodiment, unlike the embodiments described above with respect to FIGS. **18** and **19**, the pair of bus wires **294** and **296** may not extend through the length of all trunk sections, as is depicted in FIG. **20**. In the depicted embodiment, bus wire **294** is terminated within second trunk body **161** where it makes an electrical connection with a first lead **430** of light string **182**.

At a first "end" of light string **162**, a second lead **432** extends into second trunk body **161** and makes an electrical connection with wiring harness **230** or connector assembly **212** (not depicted in FIG. **20**). In this embodiment, connector assembly **212** and its contact set **302** thereby includes an electrical connection to bus wire **296**, which is in electrical connection to a power source **410**, and lead **432** of light string **162**.

Light string **182** likewise may include one or more groups **420** connected in series. Light string **182** includes first lead wire **434** connected to connector **244** or another electrical connector, and second lead wire **436** connected at a second end of light string **182** to bus wire **296**. Consequently, light string **162** and **182** combine to form a greater multi-string parallel-series light string **440** which mechanically and electrically spans both second trunk portion **160** and third trunk portion **180**. Electrical connection between light strings **162** and **182** is made when second trunk portion **160** is coupled and connected to third trunk portion **180**.

Although only one of each light string **124**, **162**, and **182** is depicted in FIG. **20**, it will be understood that more than one light string may be present on tree **100**. Further, other or additional light strings, including light string **124**, generally may be split between trunk portions in a manner similar to light strings **162** and **182** which form a split light string **440**.

As shown in FIGS. **21**-**26**, another embodiment of a modular tree **450** may comprise a base tree section **452**, at least one intermediate tree section **454** and a top tree section **456**. The base tree section **452** defines a lumen **458** and further comprises a top end **460**. Similarly, each intermediate tree section **454** defines a lumen **462** and further comprises a top end **464** and a bottom end **466**. Finally, the top tree section **456** defines a lumen **468** and further comprises a bottom end **470**.

As shown specifically in FIGS. **22** to **23** and **25**, according to an embodiment, the bottom connector assembly **472** can

22

further comprise a supporting connector **474** for connecting the intermediate tree section **454** to the base tree section **452**. The supporting connector **474** further comprises an elongated body **476** defining an internal lumen **482** and having a first end **478** and a second end **480**. The connector body **476** can further comprise a positioning portion **484** defining a shoulder **486** and a receiving groove **488**.

In operation, the first end **478** of the supporting connector **474** is inserted into the lumen **458** of the base tree section **452**. In this configuration, the base tree section **452** further comprises a shoulder **490** for engaging the shoulder **486** of the positioning portion **484** to limit the depth of the supporting connector **474** within the base tree section **452** and position the receiving groove **490** proximate to the top end **460** of the base section **452**. The bottom end **466** of one of the intermediate tree sections **454** can be fitted over the second end **480** of the supporting connector **474** until the bottom end **466** is received within the receiving groove **488** to join the intermediate trunk section **454** to the base section **452**. According to an embodiment of the present invention, two intermediate tree sections **454** can also be joined by the supporting connector **474**.

As shown in FIGS. **22**, **24** and **26**, according to an embodiment of the present invention, the modular tree **450** can further comprise a top connector assembly **492** for joining one of the intermediate trunk section **454** with the top tree section **456**. The top connector assembly **492** defines a top connector lumen **494** and further comprises a first end **496** and a receiving port **498**. The top connector assembly **492** can further comprise a rim **480** defined radially around the top connector assembly **492**.

In operation, the first end **496** of the top connector assembly **492** is inserted into the upper end **464** of one of the intermediate tree section **454** until the rim **480** engages the upper end **464** of the intermediate tree section **454**. Top portion **470** of the top tree section **456** can then be inserted into the receiving port **498** to complete the joining of the intermediate tree section **454** with the top tree section **456**. As depicted, the top portion **470** of the top tree section **456** and the receiving port **498** can comprise corresponding hexagonal cross-sections. The corresponding hexagonal cross-sections prevent independent rotation of the top tree section **456** relative to the intermediate tree section **454**. According to embodiments of the present invention, the corresponding cross-sections of the top portion **470** of the top tree section **456** and the receiving port **498** can comprise circular, square or any other conventional polygonal cross-sections.

As depicted in FIGS. **22** to **24**, the modular tree **450** can further comprise a wire assembly **500** comprising at least one base wire **502** positioned within the lumen **458** of the base tree section **452**, at least one intermediate wire **504** positioned within the lumen **462** of each of the intermediate tree sections **454**, and at least one top wire **506** positioned within the lumen **468** of the top tree section **456**. In this configuration, a base socket **508** operably engaged to the base wire **502** is positioned within the lumen **458** of the base tree section **452** and an intermediate socket **510** operably engaged to the intermediate wire **504** is positioned within the lumen **462** of each of the intermediate tree sections **454**. Similarly, the connector assembly **472** can further comprise a connector plug **512** positioned within the internal lumen **482** and that can be engaged to the base socket **508**. The bottom connector assembly **472** can also further comprise a top connector plug **514** positioned within the internal lumen **494** and that can be engaged to the intermediate socket **510**.

As depicted in FIGS. **22** to **25**, the plugs **512**, **514** comprise a pair of prongs, or electrical leads, **513**, **515**, but in other

US 8,936,379 B1

23

embodiments may comprise a coaxial arrangement with a first lead located centrally in the plug and a second lead or contact extending circumferentially around the first lead, similar to the coaxial lead arrangements discussed above. According to an embodiment, each plug **512**, **514** can comprise a keyed protrusion **516** engageable to a corresponding groove in the internal lumen **482** of the bottom connector assembly **472** or the top connector lumen **494**. The interlocking keyed protrusion **516** and the groove prevent the plug **512**, **514** from rotating independently of the connector assembly **472** or the top connector assembly **492**. According to an embodiment, the plug **512**, **514** can further comprise a plug guard **520** on the end of the plug **512**, **514** that is positioned between the plug **512**, **514** and the socket **508**, **510** when engaged together. Similarly, the socket **508**, **510** can further comprise a socket guard **522** that is positioned between the plug **512**, **514** and the socket **508**, **510** when engaged together.

As depicted in FIGS. **22** to **25**, the connector assembly **472** can further comprise a keyed protrusion **524** on the exterior of the supporting connector **474** engageable to a corresponding groove **526** defined by the lumen **458** of the base tree section **452**. Similarly, the top connector assembly **492** can similarly comprise a keyed protrusion on the exterior of the top connector assembly **492** engageable to a corresponding groove defined by the lumen **462** of the intermediate tree section **454**. The keyed protrusions maintain the alignment of the tree sections **452**, **454**, **456** to prevent kinking of the wire assembly **500**. The embodiments above are intended to be illustrative and not limiting. Additional embodiments are within the claims. In addition, although aspects of the present invention have been described with reference to particular embodiments, those skilled in the art will recognize that changes can be made in form and detail without departing from the spirit and scope of the invention, as defined by the claims.

Persons of ordinary skill in the relevant arts will recognize that the invention may comprise fewer features than illustrated in any individual embodiment described above. The embodiments described herein are not meant to be an exhaustive presentation of the ways in which the various features of the invention may be combined. Accordingly, the embodiments are not mutually exclusive combinations of features; rather, the invention may comprise a combination of different individual features selected from different individual embodiments, as understood by persons of ordinary skill in the art.

Any incorporation by reference of documents above is limited such that no subject matter is incorporated that is contrary to the explicit disclosure herein. Any incorporation by reference of documents above is further limited such that no claims included in the documents are incorporated by reference herein. Any incorporation by reference of documents above is yet further limited such that any definitions provided in the documents are not incorporated by reference herein unless expressly included herein.

For purposes of interpreting the claims for the present invention, it is expressly intended that the provisions of Section 112, sixth paragraph of 35 U.S.C. are not to be invoked unless the specific terms "means for" or "step for" are recited in a claim.

What is claimed:

**1**. A modular artificial tree, comprising:

a first trunk portion having a first elongated trunk body defining a first cavity for receiving a first wiring harness including a first electrical wire and a second electrical wire;

24

a second trunk portion having a second elongated trunk body defining a second cavity for receiving a second wiring harness including a first electrical wire and a second electrical wire;

a first trunk connector insertable into the first trunk body along a central vertical axis, and securable to the first trunk body in at least four rotational alignment positions about the central vertical axis, including at a final insertion position, the first trunk connector being entirely located within the first cavity at the final insertion position

a first electrical contact set including a first electrical contact and a second electrical contact engaged with the first trunk connector and electrically connected to the first electrical wire and the second electrical wire of the first wiring harness, respectively;

a second trunk connector insertable into the second trunk body along the central vertical axis, and securable to the second trunk body in at least four rotational alignment positions about the central vertical axis, including at a final insertion position;

a second electrical contact set including a first electrical contact and a second electrical contact engaged with the second trunk connector and electrically connected to the first electrical wire and the second electrical wire of the second wiring harness, respectively; and

wherein connecting the first and second trunk portions causes the first electrical contact set to be electrically connected to the second electrical contact set.

**2**. The modular artificial tree of claim **1**, wherein the first trunk portion comprises a tree base.

**3**. The modular artificial tree of claim **1**, further comprising:

a third trunk portion having a third elongated trunk body, the third trunk portion defining a diameter that is smaller than a diameter of any portion of either the first or second elongated trunk body, the third elongated trunk body being coupled to the second elongated trunk body by a third trunk connector, the third trunk connector comprising a first portion insertable into the second elongated trunk body, and a flanged portion extending outside of the second elongated trunk body and abutting an end of the second elongated trunk body.

**4**. The modular artificial tree of claim **1**, wherein a portion of the second elongated trunk body is receivable within the first inner cavity when the first and second trunk portions are connected, and an outside surface of the portion of the second elongated trunk body contacts an inside surface of the first elongated trunk body.

**5**. A lighted modular artificial tree, comprising:

a first tree section including a first elongated trunk defining a vertical axis, a plurality of branches coupled to the first trunk, and a first plurality of lights, the first elongated trunk enclosing a first wiring harness configured to supply power to the first plurality of lights;

a second tree section including a second elongated trunk, a plurality of branches coupled to the second trunk, and a second plurality of lights, the second elongated trunk housing a second wiring harness;

a connector assembly configured to connect the first tree section to the second tree section along the vertical axis, the connector assembly including a first trunk connector located at least partially within the first trunk, a second trunk connector located at least partially within the second trunk, a first pair of electrical contacts electrically connectable to a second pair of electrical contacts;

US 8,936,379 B1

25

a top tree section including a vertically extending top portion, a plurality of branches coupled to the top portion, and a third plurality of lights, and

a top connector connecting the top tree section to the second tree section and including:

a top connector body having a first portion insertable into the second trunk, a flanged portion coupled to the first portion, and a receiving port for receiving a portion of the vertically extending top portion, and

wherein the first plurality of lights are electrically connected to the second plurality of lights through the connector assembly, and the second plurality of lights are electrically connected to the third plurality of lights and,

wherein the flanged portion of the top connector body is outside the second trunk body and abutting a top edge of the second trunk portion.

**6.** The modular artificial tree of claim **1**, wherein the second trunk connector is partially located within the first cavity at the final insertion position, such that a portion of the second trunk connector extends beyond an end of the second elongated trunk body.

**7.** The modular artificial tree of claim **1**, further comprising a first light string in electrical connection with the first wiring harness, the light string including a connector, and detachably coupled to a wall-mount connector engaged with a curvilinear surface of a trunk wall of the first elongated trunk body, a portion of the wall-mount connector located within the first cavity of the first elongated trunk body.

**8.** The modular artificial tree of claim **1**, wherein the first wiring harness is detachably coupled to the first trunk connector.

**9.** The modular artificial tree of claim **3**, wherein the second trunk portion includes a branch-support ring attached to the second elongated trunk body and a plurality of branches are coupled to the branch-support ring, such that the plurality of branches of the second elongated trunk body and are configured to pivot about the branch-support ring, and wherein the third trunk portion includes a plurality of branches directly coupled to the third elongated trunk body.

**10.** The lighted modular artificial tree of claim **5**, wherein the first light string is detachably coupled to a connector engaged with a curvilinear surface of a trunk wall of the first trunk.

**11.** The lighted modular artificial tree of claim **5**, wherein the first wiring harness is detachably coupled to the first trunk connector.

**12.** The modular artificial tree of claim **1**, wherein the first trunk connector forms an interference fit with the first elongated trunk body.

**13.** The modular artificial tree of claim **8**, wherein the first wiring harness is detachably coupled to the first trunk connector inside the first cavity.

**14.** The modular artificial tree of claim **8**, wherein the first two wires of the first wiring harness extend longitudinally from the first trunk connector within the first trunk body, and are detachably coupled to the first trunk connector.

**15.** The modular artificial tree of claim **5**, wherein the first trunk connector forms an interference fit with the first elongated trunk body.

**16.** The modular artificial tree of claim **11**, wherein the first wiring harness is detachably coupled to the first trunk connector inside the first cavity.

**17.** The modular artificial tree of claim **5**, wherein the first trunk connector is insertable into the first trunk body along a central vertical axis at a plurality of rotational alignment positions about the central vertical axis, including a final

26

insertion position, the first trunk connector being entirely located within the first cavity at the final insertion position, the plurality of rotational alignment positions comprising four or more rotational alignment positions.

**18.** A modular artificial tree, comprising:

a first trunk portion having a first elongated trunk body including a first end and a second end, the first trunk portion receiving a first wiring harness including a first electrical wire and a second electrical wire;

a second trunk portion having a second elongated trunk body including a first end and a second end, the first end including a first portion, a second portion, and an angled transition portion between the first portion and the second portion, the first portion having a diameter that is less than a diameter of the second portion, the first portion being configured to fit into the second end of the first trunk portion, and the second trunk portion receiving a second wiring harness including a first electrical wire and a second electrical wire;

a first trunk connector configured to be received by the first trunk body, the first trunk connector being entirely located within the first trunk portion;

a first electrical contact set including a first electrical contact and a second electrical contact engaged with the first trunk connector and electrically connected to the first electrical wire and the second electrical wire of the first wiring harness, respectively;

a second trunk connector configured to be received by the second trunk body at the first portion of the first end;

a second electrical contact set including a first electrical contact and a second electrical contact engaged with the second trunk connector and electrically connected to the first electrical wire and the second electrical wire of the second wiring harness, respectively; and

wherein inserting the first portion of the first end of the second trunk portion into the second end of the first trunk portion causes the first electrical contact set to be electrically connected to the second electrical contact set and the first wiring harness to be electrically connected to the second wiring harness, and the second end of the first trunk portion contacts the angled transition portion to form an interference fit with the second trunk portion.

**19.** The modular artificial tree of claim **18**, wherein the first electrical connector is receivable by the first trunk portion along a central vertical axis at a plurality of rotational alignment positions about the central vertical axis, the plurality of rotational alignment positions comprising four or more rotational alignment positions.

**20.** The modular artificial tree of claim **18**, wherein the first electrical contact set is detachably connected to the first electrical wire and the second electrical wire of the first wiring harness inside the first trunk body.

**21.** The modular artificial tree of claim **18**, wherein the angled transition portion forms an angle with a horizontal plane of between 30 degrees and 60 degrees, the horizontal plane being perpendicular to a central vertical axis of the first elongated trunk body.

**22.** The modular artificial tree of claim **18**, wherein the first trunk connector forms an interference fit with the first elongated trunk body.

**23.** The modular artificial tree of claim **18**, wherein the first and second ends of the first trunk portions define an equal diameter.

**24.** A modular artificial tree, comprising:

a first trunk portion having a first elongated trunk body including a first end and a second end, the first trunk

US 8,936,379 B1

**27**

portion receiving a first wiring harness including a first electrical wire and a second electrical wire;

a second trunk portion having a second elongated trunk body including a first end and a second end, the first end including a first portion, a second portion, and an angled transition portion between the first portion and the second portion, the first portion having a diameter that is less than a diameter of the second portion, the first portion being configured to fit into the second end of the first trunk portion, and the second trunk portion receiving a second wiring harness including a first electrical wire and a second electrical wire;

a first trunk connector configured to be received by the first trunk body, an outside surface of the first trunk connector adjacent an inside surface of the first elongated trunk body and forming an interference fit with the first elongated trunk body;

a first electrical contact set including a first electrical contact and a second electrical contact engaged with the first trunk connector and electrically connected to the first electrical wire and the second electrical wire of the first wiring harness, respectively;

a second trunk connector configured to be received by the second trunk body at the first portion of the first end;

a second electrical contact set including a first electrical contact and a second electrical contact engaged with the second trunk connector and electrically connected to the first electrical wire and the second electrical wire of the second wiring harness, respectively; and

wherein inserting the first portion of the first end of the second trunk portion into the second end of the first trunk portion causes the first electrical contact set to be electrically connected to the second electrical contact set and the first wiring harness to be electrically connected to the second wiring harness set, and the second end of the first trunk portion contacts the transition region to form an interference fit with the second trunk portion.

**25**. The modular artificial tree of claim **24**, wherein the first electrical connector is receivable by the first trunk portion along a central vertical axis of the first trunk body at a plurality of rotational alignment positions about the central vertical axis.

**26**. The modular artificial tree of claim **24**, wherein the first electrical contact set is detachably connected to the first electrical wire and the second electrical wire of the first wiring harness, inside the first trunk body.

**27**. The modular artificial tree of claim **24**, wherein the angled transition portion forms an angle with a horizontal plane of between 30 degrees and 60 degrees, the horizontal plane being perpendicular to a central vertical axis of the first trunk body.

**28**

**28**. A modular artificial tree, comprising:

a first trunk portion having a first elongated trunk body including a first end and a second end, the first trunk portion receiving a first wiring harness including a first electrical wire and a second electrical wire;

a second trunk portion having a second elongated trunk body including a first end and a second end, the first end being configured to couple to the second end of the first trunk portion, and the second trunk portion receiving a second wiring harness including a first electrical wire and a second electrical wire;

a first trunk connector configured to be received by the first trunk body;

a first electrical contact set including a first electrical contact and a second electrical contact engaged with the first trunk connector, the first electrical contact set detachably connected to the first wiring harness within a first cavity of the first elongated trunk body;

a second trunk connector configured to be received by the second trunk body;

a second electrical contact set including a first electrical contact and a second electrical contact engaged with the second trunk connector and detachably connected to the second wiring harness inside a second trunk cavity of the second elongated trunk body; and

wherein coupling the second trunk portion to the first trunk portion causes the first electrical contact set to be electrically connected to the second electrical contact set and the first wiring harness to be electrically connected to the second wiring harness.

**29**. The modular artificial tree of claim **28**, wherein the first electrical connector is receivable by the first trunk portion along a central vertical axis of the first elongated trunk body at a plurality of rotational alignment positions about the central vertical axis, the plurality of rotational alignment positions comprising four or more rotational alignment positions.

**30**. The modular artificial tree of claim **28**, wherein the first end of the second elongated trunk body includes a first portion, a second portion, and an angled transition portion between the first portion and the second portion, the first portion having a diameter that is less than a diameter of the second portion, the first portion being configured to fit into the second end of the first trunk portion, thereby forming an interference fit between the first elongated trunk body and the second elongated trunk body.

**31**. The modular artificial tree of claim **30**, wherein the angled transition portion forms an angle with a horizontal plane of between 30 degrees and 60 degrees, the horizontal plane being perpendicular to a central vertical axis of the first elongated trunk body.

**32**. The modular artificial tree of claim **28**, wherein the first trunk connector forms an interference fit with the first elongated trunk body.

\*    \*    \*    \*    \*