# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Willis Electric Co., Ltd., | Case No. 15-cv-3443- WMW-KMM |
| Plaintiff, | |
| v. | **ORDER ON JOINT MOTION REGARDING CONTINUED SEALING** |
| Polygroup Limited, *et al.*, | |
| Defendants. | |

This matter is before the Court on the parties' Joint Motion Regarding Continued Sealing of documents filed under temporary seal in connection with the Plaintiff's Motion to Lift Stay. [Joint Mot., ECF No. 101; Pl.'s Mot. to Lift Stay, ECF No. 77.] The parties agree that the following documents should remain sealed, though they each party takes a different position as to the reasons why several of the documents need not be made publicly available: ECF Nos. 79, 81, 84, 86, 87, 88, 89, 90, 91, 94, and 97.[1]

---

[1] With respect to ECF Nos. 79, 86, 87, 88, 89, 90, 91, 94, and 97, the parties dispute whether the material itself meets the standards for sealing competitively sensitive confidential business information. However, where either Plaintiff or Defendants takes the position that the information does not meet that standard, neither objects to continued sealing because the motion to lift the stay is not merits based. *See, e.g.*, *Krueger v. Ameriprise Financial, Inc.*, No. 11-cv-2781 (SRN/JSM), 2014 WL 1259748, at *8 n.7 (D. Minn. Oct. 14, 2014) (discussing *IDT Corp. v. eBay*, 709 F.3d 1220 (8th Cir. 2013), and explaining that "non-merits based motions (e.g., non-dispositive discovery motions), generally heard by magistrate judges (i.e., Article I judges), are afforded a lower or weaker presumption of public access than proceedings involving a district judge's exercise of his or her Article III powers over the merits of the case and where the judge relied on those documents for merit-based decisions").

2

    Based on the Court's review of the entire record in this proceeding, the Court agrees that the documents should remain under seal, and the parties' Joint Motion **[ECF No. 101]** is **GRANTED**. The Clerk of Court is directed to keep the following documents sealed: **ECF Nos. 79, 81, 84, 86, 87, 88, 89, 90, 91, 94, and 97**.

Date: April 24, 2018                            s/ *Katherine Menendez*
                                                     Katherine Menendez
                                                     United States Magistrate Judge