# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Willis Electric Co., Ltd., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 15-cv-3443 (JNE/DTS) |
| Polygroup Macau Limited (BVI); Polytree (H.K.) Co. Ltd.; and Polygroup Trading Limited, *formerly known as* Polygroup Limited (Macao Commercial Offshore), | |
| Defendants. | |

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment is entered in favor of Plaintiff Willis Electric Co., Ltd. and against Defendants Polygroup Macau Limited (BVI); Polytree (H.K.) Co. Ltd.; and Polygroup Trading Limited, formerly Polygroup Limited (Macao Commercial Offshore) in the amount of $42,494,772, plus prejudgment interest in the amount of $28,983,677.76. Willis Electric is entitled to post-judgment interest at the simple rate of 5.00%, accruing from March 8, 2024, until the judgment is satisfied. This amount does not include statutory attorneys' fees or other taxable costs. Willis Electric Co. holds valid U.S. Patent No. 8,484,186. The jury found that Defendants infringed U.S. Patent No. 8,484,186 owned by Willis Electric Co. Based on the jury's finding of patent infringement, judgment is entered in favor of Willis Electric Co., establishing Defendants' liability for damages.

Date: March 8, 2024

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge

KATE M. FOGARTY, CLERK